## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

STEVEN EDELMAN,                                    :
    Plaintiff,                 :
                                                   :
v.                                                 :
                                                   :     No. 3:01CV1087 (DJS)
LONNIE BRAXTON, ET AL.,                            :
    Defendants.                :

## ORDER

_____The Motion to Re-Open and Reinstate the Case **[doc. #79]** is **DENIED** as untimely filed.

The plaintiff's motion seeking relief from the judgment of the court pursuant to Federal Rule of

Civil Procedure 60(b) must be filed not more than one year after the judgment is entered if the

motion is predicated on: (1) mistake, inadvertence, surprise or excusable neglect; (2) newly

discovered evidence; or (3) fraud, misrepresentation or other misconduct of an adverse party.

Fed.R.Civ.P. 60(b). Plaintiff appears to rely on excusable neglect by the courts, or else mistake

by the Clerk of the Court, as his basis for reinstating the case and vacating the judgment. The

judgment in question was entered on May 17, 2002 and the pending motion was not filed until

August 18, 2004, more than two years after the judgment was entered. The motion is untimely.

    Further, the court also dismissed this case for a failure to state a cognizable cause of

action. There is nothing in the pending motion that might serve as a basis for relief from that

order, dated May 28, 2002, dismissing the case with prejudice. The motion is **DENIED**.


    **IT IS SO ORDERED** at Hartford, Connecticut on this ___16th___ day of November, 2004.


                                _____
                                    **/s/DJS**
                            **DOMINIC J. SQUATRITO**
                        **UNITED STATES DISTRICT JUDGE**