UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **STEVEN EDELMAN,** | ) | |
|     Plaintiff | ) | CIV. NO. 3:01CV1087 DJS |
| **VS.** | ) | |
| | ) | |
| **LONNIE BRAXTON, ET AL,** | ) | |
|     Defendants | ) | DECEMBER 13, 2004 |

### NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), Plaintiff Steven Edelman hereby gives Notice as to **all named Defendants** and appeals to the United States Court of Appeals for the Second Circuit from the following Judgments or Orders:

1) A November 16, 2004 Order denying an August 18, 2004 *Plaintiff Motion to Reopen and Reinstate Case on Docket* filed on August 20, 2004;

2) A May 28, 2001 Order "that this case be **dismissed with prejudice"** for not paying a security bond;

3) The Court's failure to rule on a May 23, 2002 Plaintiff's *Notice of Compliance with Bond Order and Motion for Leave to Designate $500 in Court Registry as Bond* filed on May 23, 2002;

4) A May 17, 2002 Order requiring the Plaintiff to "post said [$500] security deposit on or before **May 23, 2002**" that the Plaintiff had already paid on September 4, 2001 pursuant to an August 15, 2001 Order requiring the Plaintiff to "file $500 as security for costs no later than September 5, 2001";

5) An August 15, 2001 Order denying a July 17, 2001 Plaintiff *Motion to Stay Proceedings* filed on July 18, 2001.

**PLAINTIFF**

BY _____
Paul M. Ngobeni; ct 08187
**LAW OFFICES OF PAUL M. NGOBENI**
914 Main Street, Suite 206
East Hartford, CT 06108
Telephone (860) 289-3155
Facsimile (860) 282-7479

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed first-class on December 14, 2004 to the following counsel:

Jon S. Berk, Esquire
Gordon, Muir, and Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106-5123.

Attorney Mathew Beizer
Attorney General's Office
Mackenzie Hall
110 Sherman Street
Hartford, CT. 06105-2294

_____
Paul M. Ngobeni