D. Conn. / NHCT
01-CV-1087
Squatrito, J.

FILED

2005 MAY 12 P 3: 11

U.S. DISTRICT COURT

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 4th day of May, two thousand five,

Present:
    Hon. Sonia Sotomayor,
    Hon. Barrington D. Parker, Jr.,
    Hon. Richard C. Wesley,
        *Circuit Judges.*



Steven Edelman,

    Plaintiff-Appellant,

v.

    04-6675-cv

Lonnie Braxton, *et al.*,

    Defendants-Appellees,

Appellees move to dismiss this appeal for lack of jurisdiction. Upon due consideration, the motion to dismiss is denied as to appellant's appeal from the district court's November 16, 2004 order, because the notice of appeal was timely filed. *See* Fed. R. App. P. 4(a)(1). The motion is granted with respect to appellant's appeals of the remaining district court orders, because the notice of appeal was untimely filed as to those orders and, therefore, this Court lacks jurisdiction over those appeals. *Id.*

Appellees also move for sanctions and to compel service by certified mail. Upon due consideration,

CERTIFIED: MAY - 4 2005