DSD District Version 1.3 - Docket Report  Page 1 of 1

## U.S. District Court
### District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:01-cv-01087-DJS

FILED
2006 APR 12 P 1: 15

Edelman v. Braxton, et al
Assigned to: Judge Dominic J. Squatrito
Demand: $0
Cause: 42:1983 Civil Rights Act

Date Filed: 06/12/2001
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2004 | 81 | ORDER denying 79 Motion to Reopen Case. Signed by Judge Dominic J. Squatrito on 11/16/04. (Pike, C.) (Entered: 11/16/2004) |
| 09/07/2004 | 80 | Memorandum in Opposition re 79 MOTION to Reopen Case filed by defendants (Bauer, J.) (Entered: 09/07/2004) |
| 08/20/2004 | 79 | MOTION to Reopen Case by Steven Edelman. Responses due by 9/10/2004 (Walker, J.) (Entered: 08/23/2004) |
| 05/28/2002 |  | Case closed (Blue,A.) (Entered: 05/29/2002) |
| 05/28/2002 | 78 | Order of dismissal of case with prejudice for failure to comply with court's order to pay bond. ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 05/29/2002) |
| 05/28/2002 |  | ENDORSEMENT granting [68-1] motion to Dismiss complaint ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 05/29/2002) |
| 05/23/2002 | 77 | NOTICE & MOTION by Steven Edelman for Leave to Designate $500 in court Registry as Bond (2 of 2 parts) (Blue,A.) (Entered: 05/29/2002) |
| 05/23/2002 | 77 | NOTICE & MOTION of Compliance with Bond Order by Steven Edelman (1 of 2 parts) (Blue,A.) (Entered: 05/29/2002) |
| 05/17/2002 | 76 | ORDER, set Dismissal due by 5/23/02 ( signed by Judge Dominic J. Squatrito ) (Gothers, M.) (Entered: 05/17/2002) |
| 05/15/2002 | 75 | MEMORANDUM by Lonnie Braxton, Mark Solak, Rene Barbeau, Donald Aitken, William Bundy, James Powers, Henry Lee, Arthur Spada, George Luther, Christopher Laux, Janet Ainsworth, Dawn Carnese, Christopher Arciero, Leo Belval, Louis Free, Michael Macri, Marjorie Shansky, Philip Burton, John Butkus, James Doherty, Robert Hanbury, Donald Harwood, Daniel Herzig, Thomas Hunter, Roger Langlois, Debbie Sampson, Laurence Ford, John Vendetta, Lawrence Tryon, Robert Musheno, Glenn Neilson, John Lescoe, Richard Cody, Jason Westcott in support of [74-1] motion to Dismiss amended complaint (Blue,A.) (Entered: 05/16/2002) |

| | | |
|---|---|---|
| 05/15/2002 | 74 | MOTION by Lonnie Braxton, Mark Solak, Rene Barbeau, Donald Aitken, William Bundy, James Powers, Henry Lee, Arthur Spada, George Luther, Christopher Laux, Janet Ainsworth, Dawn Carnese, Christopher Arciero, Leo Belval, Louis Free, Michael Macri, Marjorie Shansky, Philip Burton, John Butkus, James Doherty, Robert Hanbury, Donald Harwood, Daniel Herzig, Thomas Hunter, Roger Langlois, Debbie Sampson, Laurence Ford, John Vendetta, Lawrence Tryon, Robert Musheno, Glenn Neilson, John Lescoe, Richard Cody, Jason Westcott to Dismiss amended complaint (Brief Due 6/5/02 ) (Blue,A.) (Entered: 05/16/2002) |
| 05/15/2002 | 73 | MOTION by Lonnie Braxton, Mark Solak, Rene Barbeau, Donald Aitken, William Bundy, James Powers, Henry Lee, Arthur Spada, George Luther, Christopher Laux, Janet Ainsworth, Dawn Carnese, Christopher Arciero, Leo Belval, Louis Free, Michael Macri, Marjorie Shansky, Philip Burton, John Butkus, James Doherty, Robert Hanbury, Donald Harwood, Daniel Herzig, Thomas Hunter, Roger Langlois, Debbie Sampson, Laurence Ford, John Vendetta, Lawrence Tryon, Robert Musheno, Glenn Neilson, John Lescoe, Richard Cody, Jason Westcott to Stay the scheduling order deadlines (Blue,A.) (Entered: 05/16/2002) |
| 05/01/2002 | | ENDORSEMENT granting [72-1] motion to Extend Time until 5/15/02 to respond to motion to dismiss, Brief Deadline set for 5/15/02 [68-1] motion to Dismiss complaint ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 05/02/2002) |
| 04/30/2002 | 72 | MOTION by Steven Edelman to Extend Time until 5/15/02 to respond to motion to dismiss (Blue,A.) (Entered: 04/30/2002) |
| 04/29/2002 | 71 | ORDER, reset Discovery deadline to 6/19/02 , reset Dispositive Motions due by 7/19/02 , reset Filing of Trial Memorandum due by 8/19/02 case shall proceed to trial 9/02 ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 04/29/2002) |
| 04/23/2002 | | ENDORSEMENT denying in part [66-1] motion for Security for Costs. The plaintiff shall post a $500 security deposit on 05/03/02 (signed by Judge Dominic J. Squatrito) (Grady, B.) (Entered: 04/23/2002) |
| 04/23/2002 | | ENDORSEMENT denying as moot [67-1] motion for Security for Costs ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 04/23/2002) |
| 04/12/2002 | | ENDORSEMENT granting [70-1] motion to Extend Time until 5/15/02 to file a motion to dismiss ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 04/12/2002) |
| 04/05/2002 | 69 | MEMORANDUM by John Lescoe, Richard Cody, Jason Westcott in support of [68-1] motion to Dismiss complaint (Blue,A.) (Entered: 04/08/2002) |
| 04/05/2002 | 68 | MOTION by John Lescoe, Richard Cody, Jason Westcott to Dismiss complaint (Brief Due 4/26/02 ) (Blue,A.) (Entered: 04/08/2002) |
| 04/05/2002 | 67 | MOTION by John Lescoe, Richard Cody, Jason Westcott for Security for Costs (Blue,A.) (Entered: 04/08/2002) |
| 04/04/2002 | 70 | MOTION by Lonnie Braxton, Mark Solak, Rene Barbeau, Donald Aitken, William |

| | | |
|---|---|---|
| | | Bundy, James Powers, Henry Lee, Arthur Spada, George Luther, Christopher Laux, Janet Ainsworth, Dawn Carnese, Christopher Arciero, Leo Belval, Louis Free, Michael Macri, Marjorie Shansky, Philip Burton, John Butkus, James Doherty, Robert Hanbury, Donald Harwood, Daniel Herzig, Thomas Hunter, Roger Langlois, Debbie Sampson, Laurence Ford, John Vendetta, Lawrence Tryon, Robert Musheno, Glenn Neilson to Extend Time until 5/15/02 to file a motion to dismiss (Blue,A.) (Entered: 04/08/2002) |
| 04/04/2002 | 66 | MOTION by Lonnie Braxton, Mark Solak, Rene Barbeau, Donald Aitken, William Bundy, James Powers, Henry Lee, Arthur Spada, George Luther, Christopher Laux, Janet Ainsworth, Dawn Carnese, Christopher Arciero, Leo Belval, Louis Free, Michael Macri, Marjorie Shansky, Philip Burton, John Butkus, James Doherty, Robert Hanbury, Donald Harwood, Daniel Herzig, Thomas Hunter, Roger Langlois, Debbie Sampson, Laurence Ford, John Vendetta, Lawrence Tryon, Robert Musheno, Glenn Neilson for Security for Costs (Blue,A.) (Entered: 04/08/2002) |
| 03/26/2002 | 65 | AMENDED COMPLAINT by Steven Edelman amending [1-1] complaint; jury demand (Blue,A.) (Entered: 03/27/2002) |
| 03/26/2002 | | ENDORSEMENT granting [63-1] motion to Amend [1-1] complaint ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 03/27/2002) |
| 03/26/2002 | 64 | OBJECTION by John Lescoe, Richard Cody, Jason Westcott to [62-1] motion to Extend Time until 3/21/02 to complete amended complaint by Steven Edelman (Blue,A.) (Entered: 03/26/2002) |
| 03/25/2002 | 63 | MOTION by Steven Edelman to Amend [1-1] complaint (Brief Due 4/15/02 ) (Blue,A.) (Entered: 03/25/2002) |
| 03/20/2002 | | ENDORSEMENT granting [62-1] motion to Extend Time until 3/21/02 to complete amended complaint ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 03/20/2002) |
| 03/18/2002 | 62 | MOTION by Steven Edelman to Extend Time until 3/21/02 to complete amended complaint (Blue,A.) (Entered: 03/18/2002) |
| 02/25/2002 | 61 | ORDER denying without prejudice [46-1] motion to Dismiss, denying without prejudice [43-1] motion to Dismiss ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 02/26/2002) |
| 02/19/2002 | 60 | Status Conference held ( DJS) (Glynn, T.) (Entered: 02/20/2002) |
| 01/15/2002 | | Status Conference set for 4:00 2/19/02 ( DJS) (Glynn, T.) (Entered: 01/15/2002) |
| 01/08/2002 | 59 | ORDER re: parties are to call chambers to set up conference on or before 1/11/02 set Dismissal due by 1/11/02 ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 01/09/2002) |
| 11/29/2001 | 58 | APPEARANCE of Attorney for Laurence Ford -- Karen J.S. Gallagher (Grady, B.) |

DSD District Version 1.3 - Docket Report                                                                    Page 4 of 10

| | | |
|---|---|---|
| | | (Entered: 12/03/2001) |
| 11/20/2001 | 57 | RULING granting [7-1] motion to Dismiss as to Foley only ( signed by Judge Dominic J. Squatrito ) 1 Page(s) (Bauer, J.) (Entered: 11/20/2001) |
| 10/25/2001 | | ENDORSEMENT granting [48-1] motion to Vacate order dated 8/16/01 re: [7-1] motion to Dismiss by Francis Foley, the plaintiff shall file his objection to Foley's motion to dismiss no later than 11/12/01 ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 10/25/2001) |
| 10/25/2001 | | ENDORSEMENT granting [39-1] motion for Clarification of [19-1] motion for Order that the plaintiff serve papers on all counsel of record by Richard Cody ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 10/25/2001) |
| 10/16/2001 | 56 | SCHEDULING ORDER setting Discovery cutoff 3/14/02 ; Dispositive Motions due 4/15/02 ; Filing of Trial Memorandum by 5/14/02 Trial will commence 6/02 ( Signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 10/17/2001) |
| 10/05/2001 | 55 | SUMMONS Returned Executed on 10/4/01 as to Marjorie Shansky, Donald Harwood individually & officially (Blue,A.) (Entered: 10/09/2001) |
| 10/04/2001 | 54 | MEMORANDUM by Steven Edelman in opposition to [43-1] motion to Dismiss by defendants (Blue,A.) (Entered: 10/04/2001) |
| 09/28/2001 | 53 | REPORT of Parties Planning Meeting (Blue,A.) (Entered: 10/01/2001) |
| 09/21/2001 | | ENDORSEMENT granting in part [50-1] motion to Extend Time to respond to the motion to dismiss, Brief Deadline set for 9/28/01 [43-1] motion to Dismiss ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 09/21/2001) |
| 09/21/2001 | | ENDORSEMENT denying as moot [49-1] motion to Extend Time until 9/25/01 to complete service and submit rule 26(f) report ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 09/21/2001) |
| 09/20/2001 | 52 | APPEARANCE of Attorney for Donald Harwood -- Matthew B. Beizer (Blue,A.) (Entered: 09/20/2001) |
| 09/19/2001 | 51 | ORDER, 26(f) Report of Conference Due 9/28/01 , set Dismissal due by 9/28/01 ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 09/20/2001) |
| 09/18/2001 | 50 | MOTION by Steven Edelman to Extend Time to respond to the motion to dismiss (Blue,A.) (Entered: 09/18/2001) |
| 09/18/2001 | 49 | MOTION by Steven Edelman to Extend Time until 9/25/01 to complete service and submit rule 26(f) report (Blue,A.) (Entered: 09/18/2001) |
| 09/10/2001 | 48 | MOTION by Steven Edelman to Vacate order dated 8/16/01 re: [7-1] motion to Dismiss by Francis Foley (Brief Due 10/1/01 ) (Blue,A.) (Entered: 09/12/2001) |

| Date | # | Description |
|---|---|---|
| 09/10/2001 | 47 | APPEARANCE of Attorney for Steven Edelman -- Paul Mpande Ngobeni (Blue,A.) (Entered: 09/12/2001) |
| 09/07/2001 | 46 | MOTION by John Lescoe, Richard Cody, Jason Westcott to Dismiss (Brief Due 9/28/01 ) (Bauer, J.) (Entered: 09/07/2001) |
| 09/04/2001 | 45 | Cash BOND as security for cost in the amount of $ 500.00 Receipt # H004239 by Steven Edelman (Carpenter, M.) (Entered: 09/05/2001) |
| 08/30/2001 | | ENDORSEMENT granting in part [35-1] motion to Extend Time for 30 days to respond to the complaint, 26(f) Report of Conference Due 9/10/01 ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 08/30/2001) |
| 08/27/2001 | | ENDORSEMENT denying without prejudice [40-1] motion to Dismiss ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 08/27/2001) |
| 08/22/2001 | 44 | MEMORANDUM by Lonnie Braxton, Mark Solak, Rene Barbeau, Donald Aitken, William Bundy, James Powers, Arthur Spada, Christopher Laux, Janet Ainsworth, Dawn Carnese, Christopher Arciero, Leo Belval, Louis Free, Michael Macri, Marjorie Shansky, Philip Burton, John Butkus, James Doherty, Robert Hanbury, Donald Harwood, Daniel Herzig, Thomas Hunter, Roger Langlois, Debbie Sampson, Laurence Ford, John Vendetta, Lawrence Tryon, Robert Musheno, Glenn Neilson in support of [43-1] motion to Dismiss (Blue,A.) (Entered: 08/22/2001) |
| 08/22/2001 | 43 | MOTION by Lonnie Braxton, Mark Solak, Rene Barbeau, Donald Aitken, William Bundy, James Powers, Arthur Spada, Christopher Laux, Janet Ainsworth, Dawn Carnese, Christopher Arciero, Leo Belval, Louis Free, Michael Macri, Marjorie Shansky, Philip Burton, John Butkus, James Doherty, Robert Hanbury, Donald Harwood, Daniel Herzig, Thomas Hunter, Roger Langlois, Debbie Sampson, Laurence Ford, John Vendetta, Lawrence Tryon, Robert Musheno, Glenn Neilson to Dismiss (Brief Due 9/12/01 ) (Blue,A.) (Entered: 08/22/2001) |
| 08/16/2001 | | ENDORSEMENT denying [10-1] motion to Stay Case ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 08/16/2001) |
| 08/16/2001 | | ENDORSEMENT denying [9-1] motion for relief from order and motion for Reconsideration of [6-1] order dated 7/10/01 re: [5-1] motion for Security for Costs, the plaintiff shall file a $500. security costs no later than 9/5/01 ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 08/16/2001) |
| 08/16/2001 | | ENDORSEMENT granting [7-1] motion to Dismiss defendant Francis J. Foley ( signed by Judge Dominic J. Squatrito ) (Blue,A.) (Entered: 08/16/2001) |
| 08/15/2001 | 42 | OBJECTION by Steven Edelman to [40-1] motion to Dismiss by defendants (Blue,A.) (Entered: 08/16/2001) |
| 08/13/2001 | 41 | APPEARANCE of Attorney for George Luther, Michael Macri -- Matthew Beizer (Blue,A.) (Entered: 08/13/2001) |

| Date | # | Description |
|---|---|---|
| 08/13/2001 | 40 | MOTION by Lonnie Braxton, Mark Solak, Rene Barbeau, Donald Aitken, William Bundy, James Powers, Arthur Spada, Christopher Laux, Janet Ainsworth, Dawn Carnese, Christopher Arciero, Leo Belval, Louis Free, Michael Macri, Marjorie Shansky, Philip Burton, John Butkus, James Doherty, Robert Hanbury, Donald Harwood, Daniel Herzig, Thomas Hunter, Roger Langlois, Debbie Sampson, Laurence Ford, John Vendetta, Lawrence Tryon, Robert Musheno, Glenn Neilson to Dismiss (Brief Due 9/3/01 ) (Blue,A.) (Entered: 08/13/2001) |
| 08/13/2001 | 39 | MOTION by Steven Edelman for Clarification of [19-1] motion for Order that the plaintiff serve papers on all counsel of record by Richard Cody (Brief Due 9/3/01 ) (Blue,A.) (Entered: 08/13/2001) |
| 08/13/2001 | 38 | REPLY by Steven Edelman to response to [10-1] motion to Stay Case by Steven Edelman re: Foley (Blue,A.) (Entered: 08/13/2001) |
| 08/09/2001 | (37) | OBJECTION by Francis Foley to [10-1] motion to Stay Case by Steven Edelman (Blue,A.) (Entered: 08/09/2001) |
| 08/08/2001 | 36 | APPEARANCE of Attorney for John Lescoe, Richard Cody, Jason Westcott -- Jon S. Berk (Blue,A.) (Entered: 08/08/2001) |
| 08/07/2001 | 35 | MOTION by John Lescoe, Richard Cody, Jason Westcott to Extend Time for 30 days to respond to the complaint (Blue,A.) (Entered: 08/07/2001) |
| 08/07/2001 | 34 | APPEARANCE of Attorney for Lawrence Tryon -- Matthew B. Beizer (Blue,A.) (Entered: 08/07/2001) |
| 08/03/2001 | 33 | ORDER of Transfer ( signed by Chief Judge Alfred V. Covello ) to Judge Dominic J. Squatrito (D'Onofrio, B.) (Entered: 08/03/2001) |
| 08/03/2001 | 32 | APPEARANCE of Attorney for John Lescoe, Richard Cody, Jason Westcott -- Patty G. Swan (Blue,A.) (Entered: 08/03/2001) |
| 07/31/2001 | | ENDORSEMENT denying [15-1] objection ( signed by Chief Judge Alfred V. Covello ) (Blue,A.) (Entered: 07/31/2001) |
| 07/30/2001 | | ENDORSEMENT granting [20-1] motion to Extend Time for 30 days to file a motion to dismiss ( signed by Chief Judge Alfred V. Covello ) (Blue,A.) (Entered: 07/31/2001) |
| 07/30/2001 | | ENDORSEMENT granting [18-1] motion to Extend Time for 30 days to file a motion to dismiss ( signed by Chief Judge Alfred V. Covello ) (Blue,A.) (Entered: 07/31/2001) |
| 07/30/2001 | | ENDORSEMENT granting [14-1] motion to Extend Time to respond to motion to dismiss until 30 days following resolution of other actions, Brief Deadline set for 9/6/01 [7-1] motion to Dismiss ( signed by Chief Judge Alfred V. Covello ) (Blue,A.) (Entered: 07/31/2001) |
| 07/30/2001 | | ENDORSEMENT granting [13-1] motion to Extend Time for 30 days to file a motion to |

| | | |
|---|---|---|
| | | dismiss ( signed by Chief Judge Alfred V. Covello ) (Blue,A.) (Entered: 07/31/2001) |
| 07/30/2001 | | ENDORSEMENT granting [19-1] motion for Order that the plaintiff serve papers on all counsel of record ( signed by Chief Judge Alfred V. Covello ) (Blue,A.) (Entered: 07/31/2001) |
| 07/30/2001 | 31 | AMENDED OBJECTION by Steven Edelman to [18-1] motion to Extend Time for 30 days to file a motion to dismiss by Richard Cody (Blue,A.) (Entered: 07/31/2001) |
| 07/30/2001 | 30 | REPLY by Steven Edelman to response to [10-1] motion to Stay Case (Blue,A.) (Entered: 07/31/2001) |
| 07/30/2001 | 29 | OBJECTION by Steven Edelman to [19-1] motion for Order that the plaintiff serve papers on all counsel of record by Richard Cody (Blue,A.) (Entered: 07/31/2001) |
| 07/27/2001 | 28 | OBJECTION by Steven Edelman to [20-1] motion to Extend Time for 30 days to file a motion to dismiss by defendants (Blue,A.) (Entered: 07/27/2001) |
| 07/27/2001 | 27 | OBJECTION by Steven Edelman to [18-1] motion to Extend Time for 30 days to file a motion to dismiss by Richard Cody (Blue,A.) (Entered: 07/27/2001) |
| 07/27/2001 | 26 | SUMMONS Returned Executed on 7/23/01 as to John Vendetta, Robert Musheno, Glenn Neilson, John Lescoe, Richard Cody individually & officially (Blue,A.) (Entered: 07/27/2001) |
| 07/27/2001 | 25 | SUMMONS Returned Executed on 7/23/01 as to Robert Hanbury, Daniel Herzig, Thomas Hunter, Roger Langlois, Debbie Sampson, Laurence Ford individually & officially (Blue,A.) (Entered: 07/27/2001) |
| 07/27/2001 | 24 | SUMMONS Returned Executed on 7/23/01 as to Leo Belval, Louis Free, Philip Burton, John Butkus, James Doherty individually & officially (Blue,A.) (Entered: 07/27/2001) |
| 07/27/2001 | 23 | SUMMONS Returned Executed on 7/23/01 as to Henry Lee, Arthur Spada, George Luther, Christopher Laux, Janet Ainsworth, Dawn Carnese, Christopher Arciero individually and officially (Blue,A.) (Entered: 07/27/2001) |
| 07/27/2001 | 22 | SUMMONS Returned Executed on 7/23/01 as to Lonnie Braxton, Mark Solak, Rene Barbeau, Francis Foley, Donald Aitken, William Bundy, James Powers individually (Blue,A.) (Entered: 07/27/2001) |
| 07/25/2001 | 21 | OBJECTION by Lonnie Braxton, Mark Solak, Rene Barbeau, Donald Aitken, William Bundy, James Powers, Arthur Spada, Christopher Laux, Janet Ainsworth, Dawn Carnese, Christopher Arciero, Leo Belval, Louis Free, Michael Macri, Marjorie Shansky, Philip Burton, John Butkus, James Doherty, Robert Hanbury, Donald Harwood, Daniel Herzig, Thomas Hunter, Roger Langlois, Debbie Sampson, Laurence Ford, John Vendetta, Lawrence Tryon, Robert Musheno, Glenn Neilson to [10-1] motion to Stay Case by Steven Edelman (Blue,A.) (Entered: 07/25/2001) |

| | | |
|---|---|---|
| 07/25/2001 | 20 | MOTION by Lonnie Braxton, Mark Solak, Rene Barbeau, Donald Aitken, William Bundy, James Powers, Arthur Spada, Christopher Laux, Janet Ainsworth, Dawn Carnese, Christopher Arciero, Leo Belval, Louis Free, Michael Macri, Marjorie Shansky, Philip Burton, John Butkus, James Doherty, Robert Hanbury, Donald Harwood, Daniel Herzig, Thomas Hunter, Roger Langlois, Debbie Sampson, Laurence Ford, John Vendetta, Lawrence Tryon, Robert Musheno, Glenn Neilson to Extend Time for 30 days to file a motion to dismiss (Blue,A.) (Entered: 07/25/2001) |
| 07/25/2001 | 19 | MOTION by Richard Cody for Order that the plaintiff serve papers on all counsel of record (Brief Due 8/15/01 ) (Blue,A.) (Entered: 07/25/2001) |
| 07/25/2001 | 18 | MOTION by Richard Cody to Extend Time for 30 days to file a motion to dismiss (Blue,A.) (Entered: 07/25/2001) |
| 07/25/2001 | 17 | APPEARANCE of Attorney for Mark Solak, Rene Barbeau, Francis Foley, William Bundy, James Powers, Henry Lee, George Luther, Janet Ainsworth, Dawn Carnese, Christopher Arciero, Leo Belval, Louis Free, Michael Macri, Marjorie Shansky, Philip Burton, John Butkus, James Doherty, Robert Hanbury, Donald Harwood, Daniel Herzig, Thomas Hunter, Roger Langlois, Debbie Sampson, Laurence Ford, John Vendetta, Lawrence Tryon, Robert Musheno, Glenn Neilson, John Lescoe -- Matthew B. Beizer (Blue,A.) (Entered: 07/25/2001) |
| 07/23/2001 | 16 | OBJECTION by Steven Edelman to [13-1] motion to Extend Time for 30 days to file a motion to dismiss by defendants (Blue,A.) (Entered: 07/24/2001) |
| 07/23/2001 | 15 | OBJECTION by Steven Edelman to [12-1] motion to Extend Time by 30 days to answer by Richard Cody (Blue,A.) (Entered: 07/24/2001) |
| 07/23/2001 | 14 | MOTION by Steven Edelman to Extend Time to respond to motion to dismiss until 30 days following resolution of other actions no time specified (Walker, J.) (Entered: 07/23/2001) |
| 07/23/2001 | 13 | MOTION by Lonnie Braxton, Mark Solak, Rene Barbeau, Donald Aitken, William Bundy, James Powers, Arthur Spada, Christopher Laux, Janet Ainsworth, Dawn Carnese, Christopher Arciero, Leo Belval, Louis Free, Michael Macri, Marjorie Shansky, Philip Burton, John Butkus, James Doherty, Robert Hanbury, Donald Harwood, Daniel Herzig, Thomas Hunter, Roger Langlois, Debbie Sampson, Laurence Ford, John Vendetta, Lawrence Tryon, Robert Musheno, Glenn Neilson to Extend Time for 30 days to file a motion to dismiss (Blue,A.) (Entered: 07/23/2001) |
| 07/23/2001 | | ENDORSEMENT denying [12-1] motion to Extend Time by 30 days to answer ( signed by Chief Judge Alfred V. Covello ) (Blue,A.) (Entered: 07/23/2001) |
| 07/19/2001 | 12 | MOTION by Richard Cody to Extend Time by 30 days to answer No time specified (Montgomery, C.) (Entered: 07/19/2001) |
| 07/19/2001 | 11 | APPEARANCE of Attorney for Richard Cody -- Richard S. Cody (Montgomery, C.) (Entered: 07/19/2001) |

| Date | # | Entry |
|---|---|---|
| 7/18/2001 | 10 | MOTION by Steven Edelman to Stay Case (Brief Due 8/8/01 (Kunofsky, L.) (Entered: 07/18/2001) |
| 7/18/2001 | 9 | MOTION by Steven Edelman for relief from order and motion for Reconsideration of [6-1] order dated 7/10/01 re: [5-1] motion for Security for Costs (Brief Due 8/8/01 ) (Kunofsky, L.) (Entered: 07/18/2001) |
| 7/18/2001 | 8 | MEMORANDUM by Francis Foley in support of [7-1] motion to Dismiss (Kunofsky, L.) (Entered: 07/18/2001) |
| 7/18/2001 | 7 | MOTION by Francis Foley to Dismiss (Brief Due 8/8/01 ) (Kunofsky, L.) (Entered: 07/18/2001) |
| 07/10/2001 | 6 | ORDER [5-1] motion for Security for Costs ordered accordingly . Bond as security for costs in this action shall be filed by the Plaintiff(s) within 30 days of this date as requested by Lonnie Braxton, Mark Solak, Rene Barbeau, Donald Aitken, William Bundy, James Powers, Henry Lee, Arthur Spada, George Luther, Christopher Laux, Janet Ainsworth, Dawn Carnese, Christopher Arciero, Leo Belval, Louis Free, Michael Macri, Marjorie Shansky, Philip Burton, John Butkus, James Doherty, Robert Hanbury, Donald Harwood, Daniel Herzig, Thomas Hunter, Roger Langlois, Debbie Sampson, Laurence Ford, John Vendetta, Lawrence Tryon, Robert Musheno, Glenn Neilson ( signed by Clerk ) (Bauer, J.) (Entered: 07/10/2001) |
| 07/10/2001 | 5 | MOTION by Lonnie Braxton, Mark Solak, Rene Barbeau, Donald Aitken, William Bundy, James Powers, Henry Lee, Arthur Spada, George Luther, Christopher Laux, Janet Ainsworth, Dawn Carnese, Christopher Arciero, Leo Belval, Louis Free, Michael Macri, Marjorie Shansky, Philip Burton, John Butkus, James Doherty, Robert Hanbury, Donald Harwood, Daniel Herzig, Thomas Hunter, Roger Langlois, Debbie Sampson, Laurence Ford, John Vendetta, Lawrence Tryon, Robert Musheno, Glenn Neilson for Security for Costs (Bauer, J.) (Entered: 07/10/2001) |
| 07/10/2001 | 4 | APPEARANCE of Attorney for Lonnie Braxton, Mark Solak, Rene Barbeau, Donald Aitken, William Bundy, James Powers, Henry Lee, Arthur Spada, George Luther, Christopher Laux, Janet Ainsworth, Dawn Carnese, Christopher Arciero, Leo Belval, Louis Free, Michael Macri, Marjorie Shansky, Philip Burton, John Butkus, James Doherty, Robert Hanbury, Donald Harwood, Daniel Herzig, Thomas Hunter, Roger Langlois, Debbie Sampson, Laurence Ford, John Vendetta, Lawrence Tryon, Robert Musheno, Glenn Neilson -- Matthew B. Beizer (Bauer, J.) (Entered: 07/10/2001) |
| 06/25/2001 | 3 | APPEARANCE of Attorney for Francis Foley -- Heather Wilson (Blue,A.) (Entered: 06/25/2001) |
| 06/13/2001 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 12/13/01 ; Dispositive Motions due 1/12/02 Amended Pleadings due 7/13/01 Motions to Dismiss due 8/13/01 (D'Onofrio, B.) (Entered: 06/13/2001) |
| 06/13/2001 | | SUMMONS(ES) issued for Lonnie Braxton, Mark Solak, Rene Barbeau, Francis Foley, Donald Aitken, William Bundy, James Powers, Henry Lee, Arthur Spada, George Luther, Christopher Laux, Janet Ainsworth, Dawn Carnese, Christopher Arciero, Leo |

| | | |
|---|---|---|
| | | Belvel, Louis Free, Michael Macri, Marjorie Shansky, Philip Burton, John Butkus, James Doherty, Robert Hanbury, Donald Harwood, Daniel Herzig, Thomas Hunter, Roger Langlois, Debbie Sampson, Laurence Ford, John Vendetta, Lawrence Tryon, Robert Musheno, Glenn Neilson, John Lescoe, Richard Cody, Jason Westcott (D'Onofrio, B.) (Entered: 06/13/2001) |
| 6/12/2001 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # H3599 (D'Onofrio, B.) (Entered: 06/13/2001) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/12/2004 20:45:33 | | | |
| PACER Login: | se1487 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:01-cv-01087-DJS |
| Billable Pages: | 6 | Cost: | 0.42 |