D. Conn. *New Haven*
01-cv-1087
Squatrito, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

---

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of February, two thousand seven,

Present:

             Hon. Richard J. Cardamone,
             Hon. Roger J. Miner,
             Hon. Robert A. Katzmann,
                    *Circuit Judges.*

                          *Circuit Judges.*

UNITED STATES COURT OF APPEALS
FILED
FEB 0 1 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

---

Steven Edelman,

                    Plaintiff-Appellant,

        v.                                       04-6675-cv

Lonnie Braxton, *et al.*,

                    Defendants-Appellees.

---

Appellant moves for three-judge-panel review of the February 2006 denial, by a single judge of this Court, of his motion to reinstate his appeal of the district court's November 2004 order denying Appellant's motion to reopen. Upon due consideration of the merits of the appeal, it is ORDERED that the motion is DENIED, because Appellant has failed to establish that the appeal has merit. *See Calloway v. Marvel Entm't Group*, 854 F.2d 1452, 1475, 1475 (2d Cir. 1988) (examining the merits of the underlying claim when determining if reinstatement is warranted); *see also Covington v. City of New York*, 171 F.3d 117, 121 (2d Cir. 1999) (denying a motion to reinstate where the claims were frivolous).

A TRUE COPY
Thomas W. Asreen, Acting Clerk

by *[signature]*
      DEPUTY CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *[signature]* Lucille Carr

CERTIFIED: 2/1/07.