UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN EDELMAN; Plaintiff         )      CIV. NO. 3:01CV1087 DJS
VS.                               )
LONNIE BRAXTON, ET AL; Defendants )      FEBRUARY 16, 2008

## MOTION TO RETURN BOND

Plaintiff Steven Edelman paid a five hundred dollar security bond on September 4, 2001. The Court nevertheless dismissed Edelman v. Braxton with prejudice on May 28, 2002 for not paying a five hundred dollar security bond. On February 1, 2007, the Second Circuit Court of Appeals declined to re-open Edelman v. Braxton. Edelman did not seek Supreme Court certification.

WHEREFORE, Plaintiff Steven Edelman requests that the Court return Edelman's five hundred dollar security bond (plus any applicable interest).

THE PLAINTIFF,

_____
by Steven Edelman

Route Fourteen
Windham Center, Connecticut 06280
Telephone: (860) 428-4200
Facsimile: (860) 456-8550
E-mail: frogpond@bigfoot.com

## CERTIFICATION

The Plaintiff mailed the accompanying **Motion to Return Bond** on February 16, 2008 to:

Elliot Spector
Noble, Spector, Young, and O'Connor
One Congress Street
Hartford, Connecticut 06114-1067

Jon S. Berk
Gordon, Muir, and Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106

Matthew Beizer
Office of the Attorney General
110 Sherman Street
Hartford, Connecticut 06105

_____
Steven Edelman

Court Clerk
United States District Court
450 Main Street
Hartford, Connecticut 06103